Bank of Mi-
chigan.
v.
Jessup.

ONONDAGA COUNTY BANK *vs.* SHEPHERD and others.

*Requisites of an affidavit in support or opposition of a motion to change venue.*

August, 1837. THIS was a motion to change venue, in the decision whereof the CHIEF JUSTICE laid down the following rule:

"On a motion to change venue or on opposing such motion, the party making an affidavit is bound to allege that he has fully and fairly stated his case to his counsel, and disclosed to him the facts which he expects to prove by each, and every of his witnesses."

---

BANK OF MICHIGAN *vs.* JESSUP.

A *foreign corporation* must give *security for costs* in suits prosecuted here; if they omit to do so and their proceedings are sought to be set aside, they will be relieved on filing security and paying costs of motion.

Idem. MOTION to set aside the proceedings of the plaintiffs, being a *foreign corporation*, for that the suit was commenced *without giving security for the payment of costs.* 2 R. S. 457, § 1, Since notice of this motion security had been filed.

*By the Court*, NELSON, Ch. J. The plaintiffs were irregular in prosecuting the suit without giving security; having now complied with the statute, the motion is denied on payment of costs.